UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Edith Philips,

        Plaintiff,

V.

Commissioner of Social Security,

        Defendant.
_____/

Case Number: 20-11792
Honorable Victoria A. Roberts
Magistrate Kimberly Altman

## ORDER ADOPTING REPORT AND RECOMMENDATION

On January 26, 2022, Magistrate Judge Altman issued a Report and Recommendation [Doc. 13], recommending that Defendant's Motion for Summary Judgement be [Doc. 12] be **GRANTED** and Plaintiff's Motion for Summary Judgment [Doc. 11] **DENIED**.  Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1).  the Court adopts the Report and Recommendation.

Defendant's motion is **GRANTED** and Plaintiff's motion is **DENIED**. Judgment will enter in favor of Defendant.

    **IT IS ORDERED**.

s/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge

ated: 3/14/2022